ADG:RAS
F. #2026R00441

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDIXON BRICENO MONTILLA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 2251(a))

Case No. 26-MJ-142

EASTERN DISTRICT OF NEW YORK, SS:

ANDREW BAEZ, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

In or about and between June 2024 and July 16, 2026, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant EDIXON BRICENO MONTILLA did employ, use, persuade, induce, entice and coerce one or more minors to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which

2

visual depictions were actually transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Section 2251(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been since September 2024.  I am part of the Child Exploitation Investigations Unit within HSI.  Through my experience, I have become familiar with the manner in which acts of sexual exploitation of minors are committed.  I have participated in numerous investigations involving the sexual exploitation of children and the production, distribution, receipt, and possession of child pornography.  Through my experience in these investigations, I have also become familiar with methods of determining whether an individual is a minor.

2.     I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

3.     The defendant EDIXON BRICENO MONTILLA is a 28-year-old man who resides in Brooklyn, New York.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

4.      In or around March 2026, HSI agents began investigating a previously unidentified adult male and minor victim who appear in a series of videos that depict CSAM,[2] known to law enforcement as the "Hairdyeguy" series.   The Hairdyeguy series has been distributed on the dark web and has been found on the device of a sex offender in a foreign country.   Contained within the Hairdyeguy series are approximately five video files that are sexually explicit.   The videos depict a prepubescent, male victim, whose identity is known to the affiant ("Minor Victim-1"), believed to be between seven and eight years old at the time, with his genitals exposed and an adult male placing Minor Victim-1's genitals in his mouth and his genitals in Minor Victim-1's mouth.   Based on the metadata of the videos, the videos appear to have been created in or about December 2021.

5.      Law enforcement conducted extensive open-source research and identified the defendant EDIXON BRICENO MONTILLA as the adult male appearing in the Hairdyeguy series.

6.      On or about July 16, 2026, federal law enforcement authorities executed a judicially-authorized search warrant at the defendant EDIXON BRICENO MONTILLA's residence in Brooklyn, New York, including for electronic devices.   MONTILLA was living

---

[2]      CSAM, or child pornography, which terms are used herein interchangeably, is defined as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where—(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).   Sexually explicit conduct, in turn, is defined as "actual or simulated—(i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person." Id. § 2256(2)(A).

with a nine-year-old minor, whose identity is known to the affiant ("Minor Vicitm-2"), and Minor Victim-2's mother.

7.    During the execution of the search warrant, law enforcement recovered a mobile device (the "Mobile Device") belonging to the defendant EDIXON BRICENO MONTILLA.   A preliminary review of the Mobile Device has uncovered hundreds of CSAM images and videos saved in the "Hidden" folder in the camera roll.

8.    The Mobile Device contained a CSAM video that is approximately five-minutes and three-seconds long that depicts Minor Vicitm-2 masturbating.   The location of the video appears to be the bathroom within the home that the defendant EDIXON BRICENO MONTILLA and Minor Victim-2 shared.   Based upon a review of the metadata associated with that video, the video was created on or about March 23, 2026.

9.    The review of the Mobile Device further revealed a CSAM video that depicts Minor Victim-2 anally penetrating an adult male.   The face of the adult male is not visible in the video but the adult male's forearm tattoos are visible and the tattoos appear to match the tattoos that were visible today on the defendant EDIXON BRICENO MONTILLA. Based upon a review of the metadata associated with that video, the video was created using the Mobile Device on or about June 27, 2026.

10.    The review of the Mobile Device additionally revealed images of the defendant EDIXON BRICENO MONTILLA kissing Minor Victim-2.

11.    On or about July 16, 2026, the defendant EDIXON BRICENO MONTILLA was advised of his *Miranda* rights in Spanish, which I understand to be his native language; voluntarily waived his rights; signed an advice of rights form; and agreed to be interviewed by federal law enforcement.   A Spanish language interpreter was used via the

5

telephone to assist in the interview.   MONTILLA admitted in sum and substance and in part that

he is the adult male depicted in the Hairdyeguy series and admitted that the Mobile Device

belonged to him.   MONTILLA also admitted in sum and substance and in part that the adult

male's forearm tattoos that are visible in the CSAM video described in paragraph 9 is him.

12.     On or about July 16, 2026, a forensic interviewer spoke with Minor

Victim-2, who confirmed in sum and substance and in part that the defendant EDIXON

BRICENO MONTILLA sexually abused him approximately once or twice a week for years and

that MONTILLA recorded at least some of the abuse.

WHEREFORE, your deponent respectfully requests that the defendant

EDIXON BRICENO MONTILLA, be dealt with according to law.

ANDREW BAEZ
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
(6TH day of July, 2026/

)GE